## Gardner vs. Able.

In a judgment by default in an action of assumpsit, where the declaration contains a special count on a note, and a common count, and the note subjoined constitutes the only bill of particulars, it is not necessary to enter a nolle prosequi as to the common count. In a case like this the District Court should not and would not allow any thing but the note to be given in evidence under the special or common count.

## Hampton vs. Pearce.

A general plea of fraud to an action of assumpsit on a note &c., is good.

A plaintiff who declares upon a simple contract, must come into court prepared to shew, not only that he has a good cause of action, *prima facia*, but also to rebut every thing which implicates its validity *ab initio*, or which tends to prove its discharge, satisfaction or release.

## Hampton vs. The United States.

An informal caption to an indictment is not a ground of error, if the description cannot be mistaken.

The words " in and upon one A. B., then and there being, unlawfully did make an assault," &c., sufficiently refers to the county in the margin, as the place where the offence was committed.

It is not improper that the judge of the dis't. court should on the trial of a prisoner adjourn the court, jury and counsel to a neighboring house in town to receive the testimony of a sick witness, if the prisoner is not put to any substantial inconvenience.

The court in making such an order only exercises a warrantable discretion to attain the ends of justice.